UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO VALENZUELA,<br><br>    Plaintiff,<br><br>v.<br><br>OFFICER MAKARATE, *et al.*,<br><br>    Defendants. | No. CV 16-2403 VAP (FFM)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire record in this action, the attached Report and Recommendation of United States Magistrate Judge ("Report"), and the objections thereto. Good cause appearing, the Court concurs with and accepts the findings of fact, conclusions of law, and recommendations contained in the Report after having made a *de novo* determination of the portions to which objections were directed.

IT IS ORDERED that judgment be entered (1) dismissing plaintiff's federal law claims without prejudice; and (2) dismissing plaintiff's state law claims with prejudice.

DATED: April 11, 2019

                                             VIRGINIA A. PHILLIPS
                                             United States District Judge