# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARIO VALENZUELA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OFFICER MAKARATE, *et al.*,<br><br>　　　　Defendants. | No. CV 16-2403 VAP (FFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that plaintiff's federal law claims are dismissed without prejudice and plaintiff's state law claims are dismissed with prejudice.

DATED: April 11, 2019

　　　　　　　　　　　　　　　　　／s／ Virginia A. Phillips
　　　　　　　　　　　　　　　　　VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　United States District Judge